**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-2221**

─────────

ABAYOMI ADEYINKA,

                              Plaintiff - Appellant,

        versus

MAYOR AND CITY COUNCIL OF BALTIMORE CITY,

                                Defendant - Appellee,

        and

COMMISSIONER OF HEALTH, BALTIMORE CITY HEALTH
DEPARTMENT,

                                        Defendant.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-98-1459-WMN)

─────────

Submitted:  February 29, 2000      Decided:  April 24, 2000

─────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

Abayomi Adeyinka, Appellant Pro Se.  James Stewart Ruckle, Jr.,
Allyson Murphy Huey, OFFICE OF THE CITY SOLICITOR, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abayomi Adeyinka appeals the district court's order entering
summary judgment for Defendants in this action alleging discrim-
ination in failure to promote.  We have reviewed the record and the
district court's opinion and find no reversible error.  According-
ly, we affirm substantially on the reasoning of the district court.
See <u>Adeyinka v. Mayor and City Council of Baltimore</u>, No. CA-98-
1459-WMN (D. Md. Aug. 11, 1999).  We dispense with oral argument
because the facts and legal contentions are adequately presented in
the materials before the court and argument would not aid the
decisional process.

<u>AFFIRMED</u>

2